| | |
|---|---|
| 1 | JACK S. SHOLKOFF, State Bar No. 145097 |
| | jack.sholkoff@ogletreedeakins.com |
| 2 | BETH A. GUNN, State Bar No. 218889 |
| | beth.gunn@ogletreedeakins.com |
| 3 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| 4 | 633 West Fifth Street, 53rd Floor |
| | Los Angeles, California 90071 |
| 5 | Telephone: (213) 239-9800 |
| | Facsimile: (213) 239-9045 |
| 6 | |
| 7 | Attorneys for Defendants |
| | DARDEN RESTAURANTS, INC. AND |
| | GRMI, INC., DBA RED LOBSTER |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID W. RUTTER, an individual, | Case No. CV08-06106 JSL (SS) |
| Plaintiff, | **DEFENDANT DARDEN RESTAURANTS, INC. AND GMRI, INC.'S, dba RED LOBSTER, NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1); OR IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND STAY ACTION.** |
| v. | |
| DARDEN RESTAURANTS, INC., a Florida corporation; THE RED LOBSTER, a corporation, JANE DIANGE, an individual; JIM MCKEATING, an individual; and DOES 1-100, inclusive, | |
| Defendant. | *Filed Concurrently Herewith:* |
| | ♦ **Memorandum of Points of Authorities in Support of Motion to Dismiss; or in the alternative to Compel Arbitration and Stay Action;** |
| | ♦ **Declarations of Alexis Roberts and Jack Sholkoff in Support of Motion.** |
| | Date: October 20, 2008 |
| | Time: 1:00 p.m. |
| | Place: 4 |
| | Trial Date: None. |

CASE NO. CV08-06106 JSL (SS)T
DEFENDANTS DARDEN RESTAURANTS, INC. AND GMRI, INC.'S
NOTICE OF MOTION TO DISMISS OR COMPEL ARBITRATION AND STAY ACTION

6674501_1

**TO DAVID W. RUTTER AND HIS ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on October 20, 2008, at 1:00 p.m. or as soon thereafter as the matter may be heard before the Honorable J. Spencer Letts, in Courtroom 4 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California 90012, Defendants Darden Restaurants, Inc. and GMRI, Inc. dba Red Lobster ("Red Lobster") (erroneously sued as "The Red Lobster") will and hereby do move as follows:

1.  For an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) dismissing all claims for relief brought against Darden and Red Lobster by plaintiff David W. Rutter ("plaintiff") on the ground that plaintiff agreed to arbitrate said claims before the American Arbitration Association pursuant to the terms contained in Darden's written Dispute Resolution Process ("DRP").

2.  For an Order, in the alternative, pursuant to sections 3 and 4 of the Federal Arbitration Act (9 U.S.C. §§3-4), directing plaintiff to arbitrate his claims as against Darden and Red Lobster pursuant to the provisions of the DRP and also for an Order staying the action as to Darden and Red Lobster pending the completion of the arbitration.

This motion is based on the ground that a binding and enforceable written arbitration agreement exists between the parties. Specifically, plaintiff agreed, as a condition of his employment with Red Lobster, to the terms of the DRP and to "submit any eligible disputes" he had with Darden and Red Lobster to binding arbitration. Thus plaintiff may not litigate his claims for relief against Darden and Red Lobster before this Court.

Accordingly, the Court should dismiss with prejudice plaintiff's claims against Darden and Red Lobster pursuant Federal Rule of Civil Procedure 12(b)(1); or in the alternative, the Court should, pursuant to sections 3 and 4 of the Federal Arbitration Act, direct plaintiff to arbitrate his claims against Darden and Red Lobster, and stay the instant action as to these claims pending the parties arbitration of them.

1  This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place by telephone, mail, and email on August 28, August 29, and September 5, 2008.  In addition, Defendant's Counsel attempted on two occasions on September 17, 2008 to discuss this matter with plaintiff's counsel following the removal of this action to this court on that date.

The Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities in support thereof, the supporting declarations of Alexis Roberts and Jack S. Sholkoff, all papers and pleadings filed in this action, and any other evidence and argument as may be presented in connection with the hearing on the Motion.

Respectfully submitted,

DATED:  September 22, 2008

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /S/ Jack S. Sholkoff

Jack S. Sholkoff
Attorneys for Defendants
Darden Restaurants, Inc. and GMRI, Inc. (improperly sued as The Red Lobster)

2    CASE NO. CV08-06106 JSL (SS)T
DEFENDANTS DARDEN RESTAURANTS, INC. AND GMRI, INC.'S
NOTICE OF MOTION TO DISMISS OR COMPEL ARBITRATION AND STAY ACTION

6674501_1