JACK S. SHOLKOFF, State Bar No. 145097
jack.sholkoff@ogletreedeakins.com
BETH A. GUNN, State Bar No. 218889
beth.gunn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:  (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Defendants
DARDEN RESTAURANTS, INC. AND
GRMI, INC., DBA RED LOBSTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID W. RUTTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DARDEN RESTAURANTS, INC., a Florida corporation; THE RED LOBSTER, a corporation, JANE DIANGE, an individual; JIM MCKEATING, an individual; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. CV08-06106 JSL (SS)<br><br>**DECLARATION OF ALEXIS ROBERTS IN SUPPORT OF DEFENDANTS DARDEN RESTAURANTS, INC. AND GMRI, INC.'S, DBA RED LOBSTER, MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1); OR IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND FOR STAY OF ACTION.**<br><br>*Filed Concurrently Herewith:*<br><br>♦ **Notice of Motion**<br><br>♦ **Memorandum of Points of Authorities in Support of Motion to Dismiss; or in the alternative to Compel Arbitration and Stay Action**<br><br>♦ **Declaration of Jack Sholkoff in Support of Motion.**<br><br>Date:      October 20, 2008<br>Time:     1:00 p.m.<br>Place:     4<br><br>Trial Date: None. |

1

CASE NO. CV08-06106 JSL (SS)T

DECLARATION OF ALEXIS ROBERTS IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS OR COMPEL ARBITRATION

6674404_1

**DECLARATION OF ALEXIS ROBERTS**

I, ALEXIS ROBERTS, hereby declare:

1. I am employed by GMRI, Inc. in the position of Manager of Dispute Resolution Process for all Red Lobster restaurants operated by GMRI, Inc., dba Red Lobster ("Red Lobster"), which includes all existing Red Lobster restaurants. I have been employed by Red Lobster since 1992. As part of my job duties, I have access to business records, data, and other information relating to Red Lobster. I have personal knowledge of the matters contained herein, and if called, I could and would testify competently thereto.

2. Red Lobster is the operating entity for all Red Lobster restaurants. I am familiar with the operations of the Red Lobster restaurants in California.

3. Red Lobster is a wholly owned subsidiary of Darden Restaurants, Inc. ("Darden").

4. I have reviewed the records and personnel file of plaintiff David W. Rutter ("plaintiff"), which are kept in the normal course of business. Based upon my review of plaintiff's personnel file, I am aware that plaintiff signed Darden's Dispute Resolution Process ("DRP") in May, 2005, when the current version of the DRP was implemented. Attached hereto as Exhibit "D" is a true and correct copy of the DRP agreed to by plaintiff.

5. As a condition of his employment, plaintiff was required to agree to the terms of Darden's DRP. The DRP includes a provision requiring arbitration of employment claims. Attached hereto as Exhibit "C" is a true and correct copy of the DRP acknowledgment signed by plaintiff and contained in his personnel records. Attached hereto as Exhibit "B" is a true and correct copy of the Manager Handbook Acknowledgement signed by plaintiff and contained in his personnel records. It also indicates that plaintiff agreed to arbitrate his employment claims against Red Lobster pursuant to the DRP.

6. Plaintiff had also previously acknowledged in 2002 that he had agreed to the terms of the DRP. A true and correct copy of the "Clear Direction Acknowledgment" signed by plaintiff in 2002 is attached as Exhibit "I".

7. Based upon my review of plaintiff's personnel records, there is no indication, and I have no knowledge that plaintiff ever objected to any provisions of the DRP. There is nothing in the file to indicate that plaintiff ever objected to the arbitration provision (or any other provisions) contained in the DRP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of September, 2008 at Orlando, Florida.

/S/ Alexis Roberts
ALEXIS ROBERTS