EXHIBIT "D"

# Dispute Resolution Process



DARDEN
R   TAURANT

This booklet is the plan document for the Dispute Resolution Process (DRP) between the Employee and Darden Restaurants, Inc. (the Company). The DRP is governed by the Federal Arbitration Act or whatever state law is required to authorize and/or enforce the arbitration, and the requirements, obligations, procedures and benefits in this booklet are binding on the Employee and the Company during and after the period of the Employee's employment.

The mutual goal of DRP is to resolve work related problems, concerns and disputes between the Employee and the Company in a prompt, fair and efficient way that protects the legal rights of both the Employee and the Company.

This booklet is used throughout the United States, and state laws may vary. The DRP is always to be used and interpreted consistently with applicable law. If there is any conflict between the DRP and any local, state or federal law, the law will be followed. If a provision of the DRP is held to be invalid by a court of competent jurisdiction, that provision may be severed, deleted or revised by the Court to make it legal and valid. The Court severed, deleted or revised provision, shall not affect the remaining provisions of the DRP. Additionally, the DRP may be updated from time to time as required by law.

# Table of Contents ████████████████

Page 1:    Introduction

Page 3:    How to Use DRP

Page 3:    Open Door

Page 3:    Peer Review

Page 4:    Mediation

Page 5:    Arbitration

Page 9:    DRP Overview

# Introduction

Occasional differences may arise between the Company and an Employee, both during and after employment. The mutual goal is to resolve work-related problems, concerns and disputes in a prompt, fair and efficient way that protects the legal rights of both the Employee and the Company. To accomplish this goal, the Dispute Resolution Process (DRP) is comprised of a four-step process: Open Door, Peer Review, Mediation and Arbitration.

## What is covered under DRP?

The first three steps of DRP—the Open Door, Peer Review and Mediation—apply to all employment-related disputes or claims brought by the Employee against the Company or the Company against the Employee other than those limited "Exceptions" listed below. Some examples of disputes which are covered by the first three steps of DRP include, but are not limited to: disputes about compensation earned, termination, discrimination and harassment.

Only disputes which state a legal claim may be submitted to Arbitration, which is the fourth and final step of DRP. The arbitrator has the authority to dismiss disputes that do not state a legal claim. Examples of legal claims may include but are not limited to: claims that arise under the Civil Rights Act of 1964, Americans With Disabilities Act, Fair Labor Standards Act, Age Discrimination in Employment Act, Family Medical Leave Act, Employee Retirement Income Security Act, unfair competition, violation of trade secrets, any common law right or duty, or any federal, state or local ordinance or statute.

**The DRP is the sole means for resolving covered employment-related disputes, instead of court actions. Disputes eligible for DRP must be resolved only through DRP, with the final step being binding arbitration heard by an arbitrator. This means DRP-eligible disputes will NOT BE RESOLVED BY A JUDGE OR JURY. Neither the Company nor the Employee may bring DRP-eligible disputes to court. The Company and the Employee waive all rights to bring a civil court action for these disputes.**

### Exceptions to DRP:

The DRP is <u>not</u> available to resolve disputes:

> related to Workers Compensation or Unemployment Insurance benefits, or
>
> that by law cannot be subjected to mandatory arbitration, or
>
> that are legally required to be arbitrated or resolved under a different process, or
>
> regarding wage rates, wage scales or benefits, performance standards, work rules, food quality and service standards, or company policies and procedures, including whether to open or close operations; unless these disputes are brought pursuant to a specific federal or state statute, or other applicable legal standard.

Within fourteen (14) days after the receipt of the completed DRP submission form by the DRP department, the party submitting a claim to DRP will be notified whether the claim is eligible for resolution under the DRP.

There will be no right or authority for any dispute to be brought, heard or arbitrated by any person as a class action, collective action or on behalf of any other person or entity under the DRP. The arbitrator has no jurisdiction to certify any group of current or former employees, or applicants for employment, as a class or collective action in any arbitration proceeding.

### Other Actions

The DRP does not prevent an Employee from exercising statutorily protected rights, including the right to file any administrative charge or complaint with federal or state administrative agencies. It also does not prevent an Employee from participating in any investigation or proceeding conducted by any governmental agency. However, if one of these agencies issues a right to sue notice, the DRP is the only means of resolving the dispute, and binding arbitration is the sole and final process and remedy. Any relief obtained through DRP will be the sole remedy and will be the final resolution of the dispute and all damage claims unless otherwise provided by law.

## Time Limits

All state, federal and administrative agency statutes of limitation and deadlines apply. For example, some states provide for a two-year statute of limitation. Where there are no such statutes of limitation or deadlines, or if the time limits cannot be changed by mutual agreement, then claims of either the Employee or the Company must be submitted to DRP within one (1) year from the date the party requesting DRP first learned of the claim or reasonably should have known about the claim. After submission of the claim, the DRP must be continually pursued with reasonable diligence. Any disputes regarding this provision or any time limits will be decided by the arbitrator.

## How to Contact the DRP Department

If there are any questions about DRP or how to begin the process, please contact the DRP Department by calling toll free, 1-800-817-3171, or in writing to: Dispute Resolution Department, 5900 Lake Ellenor Drive, Orlando, FL 32809.

# How to Use DRP—The Four Steps

## Step 1. Open Door

The first step in resolving a dispute is to use the Open Door. If the Employee has a workplace concern or dispute, they are to bring it to the attention of their manager. If, for any reason, the Employee does not feel they can talk to their manager about the problem, the Employee should then bring it to the attention of the next person in their chain of supervision, such as their General Manager, Director, Vice President or Senior Vice President, or they may contact a representative from Human Resources or Employee Relations. In addition, the Employee may contact the DRP Department, by calling toll free, 1-800-817-3171, or in writing to Dispute Resolution Department, 5900 Lake Ellenor Drive, Orlando, FL 32809.

Open Door allows for an open and honest exchange by the people who are closest to the problem and often provides the best insight and opportunity for mutual resolution. *The Employee can use all of the steps of DRP or discuss any issue without fear of retaliation.*

## Step 2. Peer Review

If using the Open Door has not resolved the issue, the Employee can submit his or her concern to Peer Review by simply filling out a DRP Submission Form. Peer Review provides a way for the parties to personally present the issue to a panel of three employees, two who are at the same level in the company as the Employee, and the third being a management-level employee. At Peer Review, the Employee and the Company each have up to thirty minutes to present their position to the panel separately and privately. The Peer Review panel considers the issue, and makes a non-binding decision, which is communicated to the Employee and the Company within thirty (30) days of the Peer Review. The Peer Review panel has the ability to grant reinstatement of employment and benefits, back pay, lost wages and reversal of the Company's action or decision.

If the Employee and the Company are both satisfied with the Peer Review panel's decision, both the Employee and the Company will sign the Peer Review response form agreeing to the decision, and the matter will be considered resolved. The decision then becomes final and binding on the Employee and the Company. If either the Employee or the Company is not satisfied with the review panel's decision, the dissatisfied party can submit the matter to mediation. If neither the Employee nor the Company requests mediation of the matter (as described below), within thirty (30) days after receiving the Peer Review panel's decision, this will also constitute acceptance of the panel's decision and it will become final and binding on both parties.

## ▰▰▰▰ Step 3. Mediation

The request for mediation and notice must be in writing and provided to the other party within thirty (30) days of receiving the Peer Review panel's decision. Mediation notices to the Company should be sent to: Dispute Resolution Department, 5900 Lake Ellenor Drive, Orlando, FL 32809.

### Procedure

Mediation is conducted in accordance with the Employment Mediation Rules of the American Arbitration Association (AAA), as those rules are in effect at the time the written request for mediation is made.

### Location

The mediation will be held in or near the city where the Employee is or was last employed by the Company, unless the Employee and the Company mutually agree to hold it somewhere else.

### Selection of Mediator

The Employee and the Company will jointly select the mediator and mediation service. If the parties cannot agree, AAA mediation services and the procedures set out in the Employment Dispute Resolution Rules of the AAA will be used.

### Costs

The Company will pay the costs and fees of the mediation service and of the mediator.

### Resolution

If the dispute is resolved during mediation, the Employee and the Company will each sign a written agreement containing the terms of the resolution. The agreement will be final and binding on both parties and will conclude the DRP process. The agreement will be fully enforceable in a court of competent jurisdiction.

### Termination of Mediation Without Resolution

The mediation will terminate without resolution if the mediator, the Employee or the Company determine that further attempts to mediate are not worthwhile. If the mediation is terminated by the mediator, the mediator and/or mediation service will submit written notice to both the Employee and the Company confirming that the mediation has terminated. If the mediation is terminated by the Employee or the Company, the party terminating the mediation will submit written notice to the address of record of the other party via certified or registered mail, return receipt requested, confirming that the mediation has terminated. A copy of the written notice must also be submitted to the mediator and/or mediation service.

## ▓▓▓▓ Step 4. Arbitration

Upon receiving the timely written notice that mediation has concluded without resolution (SEE "Termination of Mediation Without Resolution" on page 4), <u>and if the dispute involves a legal claim</u>, either the Employee or the Company can submit the matter to binding arbitration.

### Eligibility

Only disputes that state a legal claim will be arbitrated (SEE "What is Covered Under DRP" on pages 1 and 2). The arbitrator has the sole authority to determine the eligibility of a dispute for arbitration and whether it has been timely filed. If the arbitrator finds that a dispute does not state a legal claim or has been filed in an untimely manner, the dispute is considered to be resolved.

### Notice

The request for arbitration and notice must be in writing and provided to the other party by certified or registered mail, return receipt requested, within thirty (30) days of receipt of written notification that mediation has been terminated (SEE "Termination of Mediation Without Settlement" on page 4). However, the party requesting arbitration shall have whatever additional time is left on the applicable federal, state or administrative statute of limitation, if any, beyond the thirty (30) days, to request arbitration and submit notice to the other party. For example, some states provide for a two (2) year statute of limitation (SEE "Time Limits" on page 2).

The arbitration notice should be sent to the Dispute Resolution Department, 5900 Lake Ellenor Drive, Orlando, FL 32809, and must identify and describe all claims being submitted to arbitration, the facts upon which the claims are based, and the relief or remedy requested.

### Procedure and Applicable Law

The arbitration will be conducted according to the Employment Dispute Resolution Rules of the American Arbitration Association (AAA), except to the extent modified by DRP or by applicable law. The arbitration and any decision or award made by the arbitrator will be final and binding on the Employee and the Company and enforceable in a court of competent jurisdiction.

The DRP is governed by the Federal Arbitration Act or whatever state law is required to authorize and/or enforce the arbitration. Arbitration shall be the only remedy for resolving any dispute related to the interpretation or application of the DRP or its rules, or any arbitration rules or procedures, including without limitation, the manner in which the arbitration proceeding will be conducted.

### Fees and Costs

The Company will pay the arbitrator's fees and expenses, any costs for the hearing facility, and any costs of the arbitration service.

Any other expenses incurred by the Employee during the arbitration are the Employee's responsibility. Likewise, any other expenses incurred by the Company during the arbitration are the obligation of the Company. This includes, by way of example only, transcript preparation fees, attorneys' fees, and expert witness fees. However, an arbitrator may award fees and costs according to applicable law.

### Location

The arbitration shall take place in or near the city where the Employee is or was last employed by the Company, unless the Employee and the Company agree to hold it somewhere else.

### Selection of Arbitrator

A single arbitrator will conduct the arbitration. The arbitrator must be experienced in law relating to employment disputes, and will be selected by the Employee and the Company jointly. If the Employee and the Company cannot agree on the selection of an arbitrator, one shall be chosen by the arbitration service utilized, according to the procedures set forth in the Employment Dispute Resolution Rules of the American Arbitration Association (AAA).

### Authority of the Arbitrator

In addition to the authority granted to the arbitrator under the Employment Dispute Resolution Rules of the AAA:

1. The arbitrator shall have the authority to determine whether a dispute is subject to arbitration under the terms of the DRP and whether it is timely under the DRP and any applicable laws. The arbitrator also has the authority to rule upon related Motions to Dismiss, Motions for Summary Judgment or other Motions brought by the parties in the same manner as could any court of competent jurisdiction. The arbitrator will have no right or authority to hear or rule on any dispute brought by any person as a class action, collective action or on behalf of any other person or entity under the DRP. The arbitrator has no jurisdiction to certify any group of current or former employees, or applicants for employment, as a class or collective action in any arbitration proceeding.

2. The arbitrator has the same authority as a court of law to grant requested relief; this would include relief requested regarding temporary restraints and preliminary injunctive remedies. However, this provision does not prevent either the Employee or the Company from requesting available temporary or preliminary injunctive remedies from an appropriate court, provided that the request does not remove the dispute from final resolution by the arbitrator. The request for temporary or preliminary injunctive remedies does not waive the requesting party's right to arbitrate claims covered by the DRP.

3. Unless done pursuant to a specific federal or state statute, or other applicable legal standard, the arbitrator has no authority to establish wage rates, wage scales or benefits, performance standards, work rules, food quality and service standards, or similar company policies and procedures, including whether to open or close operations.

4. The arbitrator may give any weight to the decision of the Peer Review panel that the arbitrator considers proper under the circumstances.

### Date and Duration of the Arbitration Hearing

The arbitrator will set an appropriate time and date for the arbitration and duration of the arbitration after conferring with both the Employee and the Company. Unless the Employee and the Company mutually agree otherwise:

> The arbitration hearing will start no later than ninety (90) days following the date of the selection of the arbitrator. However, the selected arbitrator may extend the hearing date if good cause is shown by either party.

2. The arbitrator has the authority to set the duration of the hearing after conferring with both parties. Typically, the arbitration hearing shall last no longer than two (2) days. Complex cases may require additional time. The Employee and the Company representative will each have one (1) day to present their side of the dispute. The arbitrator may, for good cause, extend the duration of the hearing and adjust the timing of the presentations. Also, the arbitrator may extend the hearing and any related discovery to whatever extent is necessary to meet any applicable legal requirements.

### Representation

Both the Employee and the Company have the right to be represented by a lawyer of their choice and at their own expense at the arbitration. However, if the Employee notifies the Company that he or she will not be represented by a lawyer at least thirty (30) days before the date of the hearing, the Company will also not be represented by a lawyer at the arbitration.

### Subpoenas and Discovery

The arbitrator has the authority to authorize reasonably needed discovery in addition to that provided by the American Arbitration Association Rules. The Employee and the Company each have the right to subpoena witnesses and documents for the arbitration hearing by requesting a subpoena from the arbitrator. Subpoenas must be served on the other party and submitted to the arbitrator. Any objection to the issuance of any subpoena must be submitted to the arbitrator within ten (10) days following receipt of the request.

### Designation of Witnesses & Exhibits

Unless otherwise determined by the arbitrator, at least fifteen (15) days before the start of the arbitration hearing, the Employee and the Company must provide each other and the arbitrator with a list of witnesses, including any expert witnesses, a brief summary of the testimony each witness is expected to provide, and a list of all exhibits intended to be used at the arbitration. Unless so ordered by the arbitrator, witnesses or exhibits which do not appear on these lists will not be admitted during the hearing. Appropriate rebuttal witnesses and exhibits will be allowed, consistent with AAA Rules.

### Arbitration Transcript

The Company may arrange for and pay the cost of a court reporter to provide a stenographic record of proceedings, and will notify the Employee if it chooses to do so. If so, the Employee may obtain a copy of the record by paying a reasonable percentage of the reporter's fee, as determined by applicable state law or the arbitrator, or, if the Company does not arrange for a transcript, the Employee may choose to arrange for a court reporter at their own cost.

### Post-Hearing Briefs

Either the Employee or the Company upon request at the close of hearing, may file a post-hearing brief. Whether briefs are permitted, the time for filing briefs and any additional requirements, such as a maximum page limit, will be set by the arbitrator at the hearing.

### Arbitrator's Decision

The arbitrator shall issue a written decision, including a statement of the arbitrator's findings of fact and conclusions of law, within thirty (30) days after the date the hearing ends.

### Judicial Enforcement

Either party may bring an action in any court of competent jurisdiction to compel arbitration under this Agreement and/or to enforce an arbitration award, as may be permitted by law.

# Darden Restaurants
## DISPUTE RESOLUTION PROCESS OVERVIEW

| OPTION | WHAT | WHO | WHY | HOW |
|---|---|---|---|---|
| **1** **Open Door** | A way to discuss and resolve concerns with management without retaliation.<br>• Informal<br>• Covers work-related disputes<br>• Encourages early resolution | Bring concern to:<br>• Manager<br>• General Manager<br>• Director<br>• Employee Relations<br>• Senior Vice President<br>• President | • Encourages early resolution of concern<br>• Open and flexible<br>• Easily accessible<br>• Helps preserve working relationships<br>• Resolves concern amicably<br>• Promotes open Communication | Discuss concern in person with manager or with Employee Relations<br>• Discuss concern with GM or DO, or<br>• Call Employee Relations<br>• See DRP Poster for phone numbers |
| **2** **Peer Review** | A way to bring a concern to a three-member panel for resolution.<br>• Informal<br>• Covers work-related disputes<br>• Panel returns a written decision | Conducted by a trained facilitator.<br>• Three-member panel made up of two peers (co-workers) and one management panelist<br>• Witnesses called at panel's discretion<br>• Conducted by a trained Facilitator selected by you | • Fresh perspective from those outside the issue, but within the Company<br>• Quick resolution of the concern<br>• Helps preserve working relationships | Present concern to a trained panel that will listen, evaluate and return a decision that is not binding unless the parties agree to it.<br>• Submit a completed DRP submission form to DRP Department. Phone: 800-817-3171 |
| **3** **Mediation** | A way to take a dispute to a neutral third party who will assist the Employee and the Company in finding a compromise.<br>• Informal<br>• Covers work-related disputes<br>• Non-binding unless parties agree to settle | Mediator chosen by the Employee and the Company or appointed by the American Arbitration Association or other mediation service. | • Benefit of neutral, outside third-party expert to assist in negotiation<br>• Win-win solution<br>• Fast and inexpensive (no cost to Employee)<br>• Helps preserve working relationships<br>• Non-binding unless both parties agree to a resolution | Present concern to a neutral third party that will assist the Employee and the Company in finding a compromise<br>• Submit a Mediation request form to DRP Dept.<br>• Contact DRP Dept. at 800-817-3171 |
| **4** **Arbitration** **Final** | A way to take a dispute to an outside, neutral third party for a decision that is binding on all parties.<br>• Structured, but less formal than court trials<br>• Covers all eligible work-related disputes<br>• Written decision binding on the Employee and the Company<br>• Legal representation allowed but not required (it is the Employee's choice) | Third-party arbitrator, chosen by the Employee and the Company or appointed by AAA or other arbitration service. | • Benefit of neutral, outside third-party expert to make final decision<br>• Arbitrator has authority to grant legal and equitable relief as in a court of law<br>• Quicker resolution than traditional court process<br>• Simpler and more economical; no cost to Employee<br>• Helps preserve working relationships | Present dispute to a neutral third party who will evaluate the issue and return a final decision that is binding on both the Employee and the Company.<br>• If a mediation fails, a DRP-eligible dispute may be pursued by submitting a written notice to the other party |

# Notes

## DISPUTE RESOLUTION PROCESS ACKNOWLEDGEMENT

I have received and reviewed the Dispute Resolution Process (DRP) booklet. This booklet contains the requirements, obligations, procedures and benefits of the DRP. I have read this information and understand and agree to the terms and conditions of the DRP. I agree as a condition of my employment, to submit any eligible disputes I may have to the company's DRP and to abide by the provisions outlined in the DRP. I understand that this includes, for example, claims under state and federal laws relating to harassment or discrimination, as well as other employment-related claims as defined by the DRP. Finally, I understand that the company is equally bound to all of the provisions of the DRP.

_____          Social Security Number
Employee Name (please print)

                                        _____
_____          Date
Employee Signature

_____          _____
Restaurant/Department No                Company

_____          _____
Management Signature                    Date

I, as parent/guardian of the below named Employee (Employee), have received and reviewed the Dispute Resolution Process (DRP) booklet. This booklet contains the requirements, obligations, procedures and benefits of the DRP. I have read this information and understand and agree to the terms and conditions of the DRP on behalf of Employee. I agree, as parent/guardian that, as a condition of Employee's employment, Employee must submit any eligible disputes he or she may have to the company's DRP and he or she must abide by the provisions outlined in the DRP. I understand that this includes, for example, claims under state and federal laws relating to harassment or discrimination, as well as other employment-related claims as defined by the DRP. Finally, I understand that the company is equally bound to all of the provisions of the DRP.

_____
Name of Employee's Parent/Guardian (please print)

                                        _____
_____          Date
Signature of Employee's Parent/Guardian

_____
Name of Management Representative (please print)

                                        _____
_____          Date
Management Signature

Case 2:08-cv-06106-AHM-SS   Document 13   Filed 09/22/08   Page 16 of 19   Page ID #:339

January 2005

# EXHIBIT "I"



# Clear Direction Acknowledgement

I have received and read the Management Standards booklet for Red Lobster managers, and understand all the standards it describes. I realize it is my obligation to be familiar with all of these standards, including asking my General Manager or Director of Operations for clarification or more information if necessary. I realize these standards are for my benefit, as well as for the safety and security of myself, my crew members, and for our guests.

- **Business Ethics and Conduct Standard**
- **No Harassment and Discrimination Standard**
- **Red Lobster Security Standard**
- **Cash Handling and Restaurant Security Standard**
- **Confidentiality and Non-Disclosure Standard**

I have received information entitled "Can we talk?" Dispute Resolution at Red Lobster (DRP), which contains a description of DRP. I have read this information and understand and agree to the terms and conditions of DRP and understand that Red Lobster is equally bound. I agree that, as a condition of my employment at Red Lobster, to submit any eligible disputes I may have to the company's DRP and to abide by the provisions outlined. I understand that this includes, for example, claims under state and federal laws relating to harassment or discrimination, as well as, other employment-related claims as defined by DRP.

- **Dispute Resolution Procedure**

Finally, I also understand that this is not a contract of employment.

_David W Rutter_  _5-20-07_
Manager's Name (please print)    Date

_David W Rutter_
Manager's Signature

_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_    _#0724_
Manager's Social Security Number    Restaurant Number

## Please return to Personnel Records

38