1  JACK S. SHOLKOFF, State Bar No. 145097
   jack.sholkoff@ogletreedeakins.com
2  BETH A. GUNN, State Bar No. 218889
   beth.gunn@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
5  Telephone:  (213) 239-9800
   Facsimile:  (213) 239-9045
6
   Attorneys for Defendants
7  DARDEN RESTAURANTS, INC.,GRMI, INC.,
   DBA RED LOBSTER, JAMES MCKEATING, AND
8  JANE DIANGE

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11  DAVID W. RUTTER, an individual,        Case No. CV08-06106 AHM (SSx)

12              Plaintiff,                 **DECLARATION OF JACK S.
                                           SHOLKOFF IN SUPPORT OF
13         v.                              DEFENDANTS JAMES
                                           MCKEATING AND JANE
14  DARDEN RESTAURANTS, INC., a            DIANGE'S MOTION TO DISMISS
    Florida corporation; THE RED           PURSUANT TO FRCP 12(b)(6)**
15  LOBSTER, a corporation, JANE
    DIANGE, an individual; JIM             *Filed Concurrently Herewith:*
16  MCKEATING, an individual; and
    DOES 1-100, inclusive,                 ♦ **Notice of Motion and Motion to
17                                           Dismiss;**
                Defendant.
18                                         ♦ **Memorandum of Points and
                                             Authorities in Support of Motion
19                                           to Dismiss.**

20                                         Date:      October 20, 2008
                                           Time:      10:00 a.m.
21                                         Place:     Courtroom 14

22                                         Trial Date:  None.

23

24

25

26

27

28

## DECLARATION OF JACK SHOLKOFF

I, JACK S. SHOLKOFF , hereby declare:

1.     I am an attorney licensed to practice law before the courts of the state of California and the United States District Court for Central District of California. I am a shareholder at Ogletree, Deakins, Nash, Smoak and Stewart, P.C., counsel for defendants in the instant action and have primary responsibility for handling the instant action.  I have personal knowledge of the matters contained herein, and if called, I would and could testify competently thereto.

2.     On September 23, 2008, I contacted Alicia Olivares, counsel for plaintiff.  I informed her that the two individually-named defendants in this action, James McKeating and Jane Diange, intended to move to dismiss the second and ninth claims for relief brought against them in the complaint filed in this matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  I specified the grounds for the motion, and conferred with Ms. Olivares in compliance with Local Rule 7-3.  Later that day, I faxed a letter summarizing the substance of our conversation to Ms. Olivares.  A true and correct copy of my letter to Ms. Olivares dated September 23, 2008 is attached hereto as Exhibit B.

3.     Ms. Olivares did not contact me to discuss the instant motion further.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th of September, 2008 at Los Angeles, California.

JACK S. SHOLKOFF

DECLARATION OF JACK S. SHOLKOFF IN SUPPORT OF DEFENDANTS  MCKEATING AND DIANGE'S
MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6

6686149_1

# EXHIBIT B

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

633 West Fifth Street
53rd Floor
Los Angeles, California 90071
Telephone:     213.239.9800
Facsimile:      213.239.9045
www.ogletreedeakins.com

September 23, 2008

jack.sholkoff@ogletreedeakins.com
Direct Dial: 213.438.1281

## VIA E-MAIL AND FIRST CLASS MAIL

Alicia Olivares, Esq.
The Feldman Law Firm
10100 Santa Monica Boulevard
Suite 2490
Los Angeles, California  90067

Re:   *Rutter v. Darden Restaurants, Inc, et al.*
        United States District Court, Central District of California
        Case No. CV08-06106 JSL (SSx)

Dear Ms. Olivares:

        This will confirm our conversation of this afternoon wherein we discussed, pursuant to Local Rule 7-3, the imminent FRCP 12(b)(6) Motion to Dismiss of the individual defendants in the above entitled action.  Specifically, as I indicated, defendants Jim McKeating and Jane Diange ("Individual Defendants") intend to move to dismiss plaintiff's Second and Ninth Claims for Relief brought against them.

        We are making this Motion to Dismiss for the following reasons:

        1.        Plaintiff's Second Claim for Relief states that the Individual Defendants allegedly improperly terminated plaintiff's employment because he exercised his rights to California Family Rights Act leave (Complaint, ¶¶ 31-36).  However, pursuant to the Supreme Court's recent ruling in *Jones v. Lodge at Torrey Pines*, 42 Cal.4th 1158, 1160 (2008), individual employees cannot be held liable for statutory retaliation claims that allege, as Mr. Rutter's Complaint does here, that the individuals retaliated against the plaintiff by terminating his employment because he was exercising certain statutory rights.  You indicated that plaintiff's position was that *Lodge at Torrey Pines* did not extend to claims brought pursuant to CFRA and thus plaintiff would not dismiss his Second Claim for Relief.  We agreed that the Court would decide this issue.

        2.        Plaintiff's Ninth Claim for Relief alleges that the individuals intentionally inflicted emotional distress against plaintiff by discharging, discriminating, and retaliating against Mr. Rutter in violation of California law.  It is well established that such allegations— which are nothing more than claims related to personnel management decisions—will not

Exhibit ___B___, Page___2___

**Ogletree
Deakins**

September 23, 2008
Page 2

support a claim for relief for intentional infliction of emotional distress. *See Janken v. GM Hughes Electronics, Inc.*, 46 Cal.App.4th 55, 80 (1996). You indicated that you would reexamine your Ninth Claim for Relief and contact me as to whether you would agree to dismiss it voluntarily.

In view of our inability to agree, the Individual Defendants will be promptly filing a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted pursuant to FRCP 12(b)(6).

Very truly yours,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Jack S. Sholkoff
JSS:ms

Exhibit ___B___, Page___3___

## PROOF OF SERVICE BY UNITED STATES MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action.  My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

     On September 29, 2008, I served the following document(s) described as:

**DECLARATION OF JACK S. SHOLKOFF IN SUPPORT OF DEFENDANTS JAMES MCKEATING AND JANE DIANGE'S MOTION TO  DISMISS PURSUANT TO FRCP 12(b)(6)**

on the persons below as follows:

Alicia Olivares, Esq.
John F. Juenger, Esq.
The Feldman Law Firm
10100 Santa Monica Boulevard, Suite 2490
Los Angeles, California  90067
Phone:  (310) 552-7812
Facsimile:  (310) 552-7814

     I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐    deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒    placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

     I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

☒  (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

     Executed on September 29, 2008, at Los Angeles, California.

| | |
|---|---|
| Miltonette Steinberg | /S/ Miltonette Steinberg |
| Type Name | Signature |

CASE NO. CV08-06106 AHM (SSx)

DECLARATION OF JACK S. SHOLKOFF IN SUPPORT OF DEFENDANTS  MCKEATING AND DIANGE'S
MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6

6686149_1.DOC